AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)

**RECEIVED**
IN LAKE CHARLES, LA

SEP 10 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# United States District Court
## Western District of Louisiana

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MONIQUE FOX | Criminal Number: 2:06-CR-20124-001 |
| | USM Number: 13482-035 |
| | Joseph R. Streva, Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**
[✓]   admitted guilt to violation of condition(s) 1,2,3,4,5,6 of the term of supervision.
[ ]   was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|

See next page.

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

COPY SENT:
DATE: 9-10-07
BY: ___
TO: USM-AC-2
USP-AC-1

August 30, 2007
Date of Imposition of Sentence

Signature of Judicial Officer

PATRICIA MINALDI, United States District Judge
Name & Title of Judicial Officer

9/7/07
Date

AO245B   Judgment in a Criminal Case for Revocation (Rev. 8/01)
Sheet 1

CASE NUMBER:   2:06-CR-20124-001
DEFENDANT:

Judgment - Page 2 of 5

# VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| 1 | Failed to pay $100.00 special assessment | 07/26/2007 |
| 2 | Failed to work regularly at a lawful occupation | 07/26/2007 |
| 3 | Tested positive for hydrocodone and marijuana | 07/23/2007 |
| 4 | Failed to participate in substance abuse treatment as directed | 07/26/2007 |
| 5 | Failed to pay restitution | 07/23/2007 |
| 6 | Failed to attend NA meetings as ordered | 07/26/2007 |

AO245B   Judgement in a Criminal Case (Rev. 06/05)
    Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: MONIQUE FOX | Judgment - Page 3 of 5 |
| CASE NUMBER: 2:06-CR-20124-001 | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___ 30 days, however, the sentence can be suspended if a bed becomes available in the halfway house.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___  [ ] a.m.   [ ] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO245B Judgment in a Criminal Case (Rev. 06/05) Case 2:06-cr-20124-PM-APW Document 37 Filed 09/10/07 Page 4 of 5 PageID #: 82
Sheet 3 — Supervised Release

Judgment - Page 4 of 5

DEFENDANT: MONIQUE FOX
CASE NUMBER: 2:06-CR-20124-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  3 years .

# MANDATORY CONDITIONS (MC)

1. The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. The defendant shall not commit another federal, state, or local crime.

3. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

4. [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

5. [✓] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

6. [ ] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

7. [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

8. [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

9. If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

10. The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION (SC)

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B Judgment in a Criminal Case (Rev. 12/03)
Sheet 3A - Supervised Release

Case 2:06-cr-20124-PM-APW   Document 37   Filed 09/10/07   Page 5 of 5   PageID #: 83

DEFENDANT: MONIQUE FOX
CASE NUMBER: 2:06-CR-20124-001

Judgment - Page 5 of 5

# SPECIAL CONDITIONS OF SUPERVISION (SP)

# THE DEFENDANT SHALL SERVE SIX (6) MONTHS IN "CINC" HALFWAY HOUSE.

1. Shall not possess a firearm, destructive device, or illegal substance.

2. Shall participate in substance abuse treatment as directed by U.S. Probation, to include urinalysis, at the defendant's cost. **AMENDED 08/30/2007 TO "NOT AT THE DEFENDANT'S COST".**

3. Shall perform a minimum of 200 hours of community service during the 24 months of probation.

4. At any time which the defendant does not maintain full-time employment, she shall perform up to 40 hours of community service per week at the discretion of the Probation Office.

5. Shall pay restitution in the amount of $2,015.00.

6. The defendant is prohibited from having new credit or opening additional lines of credit without the approval of the U.S. Probation Office.

7. The defendant will provide the U.S. Probation Office with access to any requested financial information.

8. The defendant shall attend a minimum of one NA meeting per week for the first year of probation and thereafter as directed by Probation.

AO 245B Judgment in a Criminal Case (Rev. 12/03)
Sheet 3A - Supervised Release
Case 2:06-cr-20124-PM-APW   Document 37   Filed 09/10/07   Page 5 of 5   PageID #: 83